Charles H. Leinert, Appellee, v. David K. Jeffris, Sur-
viving Partner of Frederick J. Jeffris, trading as
D. K. Jeffris & Company, Appellant.

### Gen. No. 23,531.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY
M. FISHER, Judge, presiding. Heard in the Branch Appellate Court
at the October term, 1917. Affirmed. Opinion filed March 13, 1918.

### Statement of the Case.

Action by Charles H. Leinert, plaintiff, against
David K. Jeffris, surviving partner of Frederick J.
Jeffris, aforesaid parties trading as D. K. Jeffris &
Company, defendant, to recover $614.28 for services
rendered and money advanced. From a judgment for
plaintiff for $581, defendant appeals.

MONTGOMERY, HART, SMITH & STEERE, for appellant.

HOYNE, O'CONNOR & IRWIN, for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the
court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 27*—*when bill of exceptions in-
sufficient for review of case.* A purported bill of exceptions which
was not dated or signed or filed in the Municipal or in the Appel-
late Court was insufficient for review of the case.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.